UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:08-cr-00045-JMS-MJD-1 |
| | ) | |
| BILLY L. HICKS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S NOTICE REGARDING DEFENDANT'S
EXHAUSTION OF ADMINISTRATIVE REMEDIES**

The government concedes that the defendant, Billy L. Hicks, Jr., has exhausted his administrative remedies with respect to his requests for reduction in sentence submitted on or about May 28, 2020 and June 6, 2020, under 18 U.S.C. § 3582(c)(1)(A)(i).  (*See* Dkt. Nos. 210-2 and 210-3).  The government will not contest this matter on exhaustion grounds.

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

By: *s/ Matthew B. Miller*
Matthew B. Miller
Assistant United States Attorney
Office of the United States Attorney
101 NW MLK Jr. Blvd., Suite 250
Evansville, Indiana 47708
Telephone: (812) 465-6475
Fax: (812) 465-6443
Email: Matthew.Miller4@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2020, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to the applicable parties by operation of the Court's CM/ECF system.

I further certify that on July 8, 2020, a copy of the foregoing Notice was sent via U.S. Mail to the individual listed below.

Billy L. Hicks, Jr. (08876-028)
FCI Milan
Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160

*s/ Matthew B. Miller*
Matthew B. Miller
Assistant United States Attorney