# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

July 15, 2021

To:   Roger A. G. Sharpe
      UNITED STATES DISTRICT COURT
      Southern District of Indiana
      United States Courthouse
      Indianapolis, IN 46204-0000

| | |
|---|---|
| No. 21-1023 | UNITED STATES OF AMERICA, <br> Plaintiff - Appellee <br><br> v. <br><br> BILLY L. HICKS, JR., <br> Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:08-cr-00045-JMS-MJD-1 <br> Southern District of Indiana, Indianapolis Division <br> District Judge Jane Magnus-Stinson | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                               Circuit Rule 3(c)

STATUS OF THE RECORD:                                            no record to be returned

This notice sent to:
[X]  United States Probation Officer

form name: **c7_Mandate**   (form ID: 135)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

July 15, 2021

*By the Court*:

| No. 21-1023 | UNITED STATES OF AMERICA,  Plaintiff - Appellee  v.  BILLY L. HICKS, JR.,  Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:08-cr-00045-JMS-MJD-1  Southern District of Indiana, Indianapolis Division  District Judge Jane Magnus-Stinson ||

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

Pursuant to Circuit Rule 3(c), a Docketing Statement must be filed within seven (7) days of the filing of the notice of appeal. The appellant failed to do so. The court issued a show cause order directing that the appellant file a Docketing Statement within fourteen (14) days of the date of the order or face a fine and/or dismissal of the appeal. To date, the appellant has not filed the required Docketing Statement.

**IT IS ORDERED** that this cause is **DISMISSED** for failure to comply with Circuit Rule 3(c).

form name: **c7_FinalOrderWMandate**     (form ID: **137**)